**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Clifford Alan Evener            CHAPTER 13
                   Debtor(s)

                                    BKY. NO. 23-11561 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                            Respectfully submitted,

/s/ *Mark A. Cronin*
Mark Cronin
09 Jun 2023, 14:48:00, EDT

                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322