Certificate Number: 12433-PAE-DE-037598175

Bankruptcy Case Number: 23-11561



12433-PAE-DE-037598175

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2023, at 4:08 o'clock PM EDT, Clifford Evener completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 17, 2023

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher