Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-11561-AMC**

Clifford Alan Evener  
1152 South Sydenham Street  
Philadelphia  PA    19146-3114

Petition Filed Date: 05/29/2023  
341 Hearing Date: 07/14/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/09/2023 | $1,430.00 | | 07/24/2023 | $1,430.00 | | | | |

**Total Receipts for the Period:  $2,860.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,860.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»»  001 | Unsecured Creditors | $2,546.20 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  02P | Priority Crediors | $2.01 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  02U | Unsecured Creditors | $25.10 | $0.00 | $0.00 |
| 4 | DISCOVER BANK<br>»»  003 | Unsecured Creditors | $1,450.69 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»»  004 | Unsecured Creditors | $3,762.14 | $0.00 | $0.00 |
| 6 | WESTERN FUNDING INC<br>»»  005 | Unsecured Creditors | $9,420.43 | $0.00 | $0.00 |
| 7 | OUCU FINANCIAL CREDIT UNION INC<br>»»  006 | Unsecured Creditors | $1,764.06 | $0.00 | $0.00 |
| 8 | OUCU FINANCIAL CREDIT UNION INC<br>»»  007 | Unsecured Creditors | $1,172.70 | $0.00 | $0.00 |
| 9 | PHILADELPHIA GAS WORKS<br>»»  008 | Unsecured Creditors | $220.19 | $0.00 | $0.00 |
| 10 | OUCU FINANCIAL CREDIT UNION INC<br>»»  009 | Unsecured Creditors | $12,759.35 | $0.00 | $0.00 |
| 11 | SYNCHRONY BANK<br>»»  010 | Unsecured Creditors | $1,296.05 | $0.00 | $0.00 |
| 12 | PNC BANK NA<br>»»  011 | Mortgage Arrears | $19,621.67 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  012 | Unsecured Creditors | $5,079.12 | $0.00 | $0.00 |
| 14 | OPPORTUNITY FINANCIAL LLC<br>»»  013 | Unsecured Creditors | $4,636.70 | $0.00 | $0.00 |

Chapter 13 Case No. 23-11561-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,860.00 | Current Monthly Payment: | $1,440.00 |
| Paid to Claims: | $0.00 | Arrearages: | $20.00 |
| Paid to Trustee: | $257.40 | Total Plan Base: | $80,640.00 |
| Funds on Hand: | $2,602.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.