UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Clifford Alan Evener<br><br>　　　　　　　　Debtor | Chapter 13<br>Bankruptcy No.23-11561-AMC |

CERTIFICATE OF SERVICE

　　I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of September, 2023, by first class mail upon those listed below:

Clifford Alan Evener
1152 South Sydenham Street
Philadelphia, PA  19146-3114

**Electronically via CM/ECF System Only:**

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA, PA  19106

　　　　　　　　　　　　　　　　　　　　*/s/ Kristen Gliem*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Kristen Gliem
　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee