Case 23-11561-amc  Doc 22  Filed 09/29/23  Entered 09/30/23 00:33:02  Desc Imaged
Certificate of Notice   Page 1 of 4

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 23-11561-amc
Clifford Alan Evener     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: Sep 27, 2023    Form ID: 155    Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Clifford Alan Evener, 1152 South Sydenham Street, Philadelphia, PA 19146-3114 |
| 14785875 | + | Oucu Financial Credit, 90 South Shafer St, Athens, OH 45701-2309 |
| 14789584 | + | PNC Bank, NA, c/o Mark A. Cronin, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14790003 | + | Western Funding Inc c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14805701 | + | Email/Text: bkattorneynotices@gmail.com | Sep 28 2023 00:15:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 14807877 | | Email/Text: megan.harper@phila.gov | Sep 28 2023 00:15:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14785868 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2023 00:24:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14788525 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 28 2023 00:24:10 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14788170 | | Email/Text: mrdiscen@discover.com | Sep 28 2023 00:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14785872 | + | Email/Text: mrdiscen@discover.com | Sep 28 2023 00:15:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14805702 | + | Email/Text: opportunitynotices@gmail.com | Sep 28 2023 00:15:00 | First Electronic Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 14785873 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 28 2023 00:15:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14785870 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 28 2023 00:24:09 | Chase, P.O. Box 15657, Wilmington, DE 19886-5657 |
| 14785871 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 28 2023 00:24:17 | Chase, P.O. Box 15836, Wilmington, DE 19886 |
| 14791154 | + | Email/Text: BKRMailOps@weltman.com | Sep 28 2023 00:15:00 | OUCU FINANCIAL CREDIT UNION INC, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14785874 | + | Email/Text: opportunitynotices@gmail.com | Sep 28 2023 00:15:00 | Opploans/feb, Attn: Bankruptcy Dept, 130 East Randolph Street Suite 3400, Chicago, IL 60601-6379 |
| 14787063 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2023 00:15:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14805479 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: 155 | Total Noticed: 27 |

| Recip ID | Bypass/Method | Name and Address | Date/Time | |
|---|---|---|---|---|
| 14785879 | Email/Text: Bankruptcy.Notices@pnc.com | | Sep 28 2023 00:15:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14789130 | ^ MEBN | | Sep 28 2023 00:15:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| | | | Sep 28 2023 00:13:43 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14805486 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Sep 28 2023 00:24:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14794797 | ^ MEBN | | Sep 28 2023 00:13:45 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14804119 | + Email/PDF: ebn_ais@aisinfo.com | | Sep 28 2023 00:24:09 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14785880 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Sep 28 2023 00:24:22 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14785881 | + Email/Text: LCI@upstart.com | | Sep 28 2023 00:15:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14786896 | ^ MEBN | | Sep 28 2023 00:13:41 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14785882 | + Email/Text: BankruptcyNotice@westlakefinancial.com | | Sep 28 2023 00:15:00 | Western Funding Inc, Attn: Bankruptcy Dept, P.O. Box 94858, Las Vegas, NV 89193-4858 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14785869 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14785876 | *+ | Oucu Financial Credit, 90 South Shafer St, Athens, OH 45701-2309 |
| 14785877 | *+ | Oucu Financial Credit, 90 South Shafer St, Athens, OH 45701-2309 |
| 14785878 | *+ | Oucu Financial Credit, 90 South Shafer St, Athens, OH 45701-2309 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: 155 | Total Noticed: 27 |

on behalf of Debtor Clifford Alan Evener dmo160west@gmail.com
davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

MARK A. CRONIN
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

Case 23-11561-amc    Doc 22    Filed 09/29/23    Entered 09/30/23 00:33:02    Desc Imaged
Certificate of Notice    Page 3 of 4
District/off: 0313-2    User: admin    Page 3 of 3
Date Rcvd: Sep 27, 2023    Form ID: 155    Total Noticed: 27
on behalf of Debtor Clifford Alan Evener dmo160west@gmail.com
davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
MARK A. CRONIN
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com
United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Clifford Alan Evener
       Debtor(s)

Chapter: 13

Bankruptcy No: 23−11561−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this September 27, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Ashely M. Chan
                                        Judge, United States Bankruptcy Court

                                                                  18 − 9
                                                                Form 155