| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-11561-AMC

Clifford Alan Evener
1152 South Sydenham Street
Philadelphia  PA    19146-3114

Petition Filed Date: 05/29/2023
341 Hearing Date: 07/14/2023
Confirmation Date: 09/27/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/17/2023 | $1,430.00 | | 09/20/2023 | $1,430.00 | | 10/19/2023 | $1,430.00 | |
| 11/28/2023 | $1,430.00 | | 12/27/2023 | $1,430.00 | | 01/23/2024 | $1,430.00 | |
| 02/26/2024 | $1,430.00 | | 03/18/2024 | $1,430.00 | | 04/26/2024 | $1,430.00 | |
| 05/28/2024 | $1,430.00 | | 06/25/2024 | $1,430.00 | | 07/22/2024 | $1,430.00 | |

**Total Receipts for the Period: $17,160.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,020.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,875.00 | $5,875.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $2,546.20 | $0.00 | $2,546.20 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $2.01 | $2.01 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $25.10 | $0.00 | $25.10 |
| 4 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,450.69 | $0.00 | $1,450.69 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $3,762.14 | $0.00 | $3,762.14 |
| 6 | WESTERN FUNDING INC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | OUCU FINANCIAL CREDIT UNION INC<br>»» 006 | Unsecured Creditors | $1,764.06 | $0.00 | $1,764.06 |
| 8 | OUCU FINANCIAL CREDIT UNION INC<br>»» 007 | Unsecured Creditors | $1,172.70 | $0.00 | $1,172.70 |
| 9 | PHILADELPHIA GAS WORKS<br>»» 008 | Unsecured Creditors | $220.19 | $0.00 | $220.19 |
| 10 | OUCU FINANCIAL CREDIT UNION INC<br>»» 009 | Unsecured Creditors | $12,759.35 | $0.00 | $12,759.35 |
| 11 | SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $1,296.05 | $0.00 | $1,296.05 |
| 12 | PNC BANK NA<br>»» 011 | Mortgage Arrears | $19,621.67 | $11,942.85 | $7,678.82 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $5,079.12 | $0.00 | $5,079.12 |
| 14 | OPPORTUNITY FINANCIAL LLC<br>»» 013 | Unsecured Creditors | $4,636.70 | $0.00 | $4,636.70 |

| 15 | CITY OF PHILADELPHIA (LD) »» 014 | Secured Creditors | $419.53 | $255.34 | $164.19 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,020.00 | Current Monthly Payment: | $1,430.00 |
| Paid to Claims: | $18,075.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,944.80 | Total Plan Base: | $68,640.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.