| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-11561-AMC

Clifford Alan Evener  
1152 South Sydenham Street  
Philadelphia  PA    19146-3114

Petition Filed Date: 05/29/2023  
341 Hearing Date: 07/14/2023  
Confirmation Date: 09/27/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2024 | $1,430.00 | | 09/27/2024 | $1,430.00 | | 10/28/2024 | $1,430.00 | |
| 11/25/2024 | $1,430.00 | | 01/03/2025 | $1,430.00 | | 01/31/2025 | $1,430.00 | |
| 02/28/2025 | $1,430.00 | | 03/31/2025 | $1,430.00 | | 04/28/2025 | $1,430.00 | |
| 06/02/2025 | $1,430.00 | | 06/25/2025 | $1,430.00 | | | | |

**Total Receipts for the Period: $15,730.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $38,610.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,875.00 | $5,875.00 | $0.00 |
| 1 | UPSTART NETWORK INC »» 001 | Unsecured Creditors | $2,546.20 | $582.70 | $1,963.50 |
| 2 | PA DEPARTMENT OF REVENUE »» 02P | Priority Crediors | $2.01 | $2.01 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 02U | Unsecured Creditors | $25.10 | $0.00 | $25.10 |
| 4 | DISCOVER BANK »» 003 | Unsecured Creditors | $1,450.69 | $332.01 | $1,118.68 |
| 5 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $3,762.14 | $861.00 | $2,901.14 |
| 6 | WESTERN FUNDING INC »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | OUCU FINANCIAL CREDIT UNION INC »» 006 | Unsecured Creditors | $1,764.06 | $403.72 | $1,360.34 |
| 8 | OUCU FINANCIAL CREDIT UNION INC »» 007 | Unsecured Creditors | $1,172.70 | $268.37 | $904.33 |
| 9 | PHILADELPHIA GAS WORKS »» 008 | Unsecured Creditors | $220.19 | $50.38 | $169.81 |
| 10 | OUCU FINANCIAL CREDIT UNION INC »» 009 | Unsecured Creditors | $12,759.35 | $2,920.08 | $9,839.27 |
| 11 | SYNCHRONY BANK »» 010 | Unsecured Creditors | $1,296.05 | $296.62 | $999.43 |
| 12 | PNC BANK NA »» 011 | Mortgage Arrears | $19,621.67 | $19,621.67 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $5,079.12 | $1,162.40 | $3,916.72 |
| 14 | OPPORTUNITY FINANCIAL LLC »» 013 | Unsecured Creditors | $4,636.70 | $1,061.16 | $3,575.54 |

| 15 | CITY OF PHILADELPHIA (LD) »» 014 | Secured Creditors | $419.53 | $419.53 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,610.00 | Current Monthly Payment: | $1,430.00 |
| Paid to Claims: | $33,856.65 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,396.25 | Total Plan Base: | $68,640.00 |
| Funds on Hand: | $1,357.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.