Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Clifford Alan Evener
1152 South Sydenham Street
Philadelphia, PA 19146-3114

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 23-11561-AMC**

Petition Filed Date: 05/29/2023
341 Hearing Date: 07/14/2023
Confirmation Date: 09/27/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $1,430.00 | | 08/28/2025 | $1,430.00 | | 09/26/2025 | $1,430.00 | |
| 11/07/2025 | $1,430.00 | | 12/08/2025 | $1,430.00 | | 01/05/2026 | $1,430.00 | |
| 02/02/2026 | $1,430.00 | | 03/05/2026 | $1,430.00 | | 03/30/2026 | $1,430.00 | |
| 04/27/2026 | $1,430.00 | | 05/26/2026 | $1,430.00 | | 07/13/2026 | $1,430.00 | |

**Total Receipts for the Period: $17,160.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $54,340.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,875.00 | $5,875.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $2,546.20 | $1,749.14 | $797.06 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $2.01 | $2.01 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $25.10 | $15.33 | $9.77 |
| 4 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,450.69 | $996.56 | $454.13 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $3,762.14 | $2,584.42 | $1,177.72 |
| 6 | WESTERN FUNDING INC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | OUCU FINANCIAL CREDIT UNION INC<br>»» 006 | Unsecured Creditors | $1,764.06 | $1,211.84 | $552.22 |
| 8 | OUCU FINANCIAL CREDIT UNION INC<br>»» 007 | Unsecured Creditors | $1,172.70 | $805.57 | $367.13 |
| 9 | PHILADELPHIA GAS WORKS<br>»» 008 | Unsecured Creditors | $220.19 | $151.24 | $68.95 |
| 10 | OUCU FINANCIAL CREDIT UNION INC<br>»» 009 | Unsecured Creditors | $12,759.35 | $8,765.12 | $3,994.23 |
| 11 | SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $1,296.05 | $890.33 | $405.72 |
| 12 | PNC BANK NA<br>»» 011 | Mortgage Arrears | $19,621.67 | $19,621.67 | $0.00 |

**Chapter 13 Case No. 23-11561-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $5,079.12 | $3,489.15 | $1,589.97 |
| 14 | OPPORTUNITY FINANCIAL LLC<br>»» 013 | Unsecured Creditors | $4,636.70 | $3,185.21 | $1,451.49 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $419.53 | $419.53 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,340.00 | Current Monthly Payment: | $1,430.00 |
| Paid to Claims: | $49,762.12 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,575.99 | Total Plan Base: | $68,640.00 |
| Funds on Hand: | $1.89 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.